

# Fourth Court of Appeals
## San Antonio, Texas

November 4, 2019

No. 04-19-00517-CV

Victor Jimenez **MORENO** and Lidia C. Moreno,
Appellants

v.

**LGAG Realty Partners, LLC**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI07564
Honorable David A. Canales, Judge Presiding

# O R D E R

The reporter's record was originally due on September 10, 2019. The court reporter filed a notification of late record on September 24, 2019, stating the need for additional time to prepare the reporter's record. The request was noted, and the reporter's record was due on October 21, 2019. To date, neither the record nor a subsequent notice of late reporter's record has been filed.

Accordingly, it is ORDERED that court reporter Luis Duran must file the reporter's record **no later than November 19, 2019.** If the reporter's record is not filed by such date, **a show cause order may be issued** directing Luis Duran to appear on a day certain and show cause why he should not be held in contempt for failing to file the record. The clerk of this court is instructed to cause a copy of this order to be served on Mr. Duran by certified mail, return receipt requested, with delivery restricted to addressee only, or to give other personal notice of this order with proof of delivery. Because "[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed," Tex. R. App. P. 35.3(c), the clerk of this court is directed to serve a copy of this order on the Honorable David A. Canales, Judge of the 45th Judicial District Court, Bexar County, Texas.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of November, 2019.



Michael A. Cruz,
Clerk of Court